UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENJAMIN MORALES, Et. Al. | : | CIVIL NO.: 3:20-cv-00192-JCH |
| | : | |
| v. | : | |
| | : | |
| ADAM REMBISZ, Et. Al. | : | FEBRUARY 23, 2021 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41, the undersigned parties hereby stipulate that the above-entitled action be dismissed with prejudice, without costs to any party, as the matter has resolved via settlement.

PLAINTIFFS,
BENJAMIN MORALES, IRIS GARCIA, BENJAMIN MORALES PPA IRIS GARCIA and IRIANYS MORALES PPA IRIS GARCIA

By: *<u>/s/ Robert M. Berke</u>*
Robert M. Berke, Esq. (ct22117)
Law Office of Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06605
robertberke@optonline.net

DEFENDANTS,
KEITH EGAN, MARK MORELLO, JONATHAN MCKENZIE, BRUCE BOISLARD, CHRISTOPHER BRODY, JUSTIN BURKE, MATTHEW HAMMELL, ADAM TILLOTSON and RICHARD SOLNIK

By: *<u>/s/ Elliot B. Spector</u>*
Robert M. Berke, Esq. (ct05278)
Hassett & George, P.C.
945 Hopmeadow St.
Simsbury, CT 06070
ebspector87@gmail.com

DEFENDANTS,
ADAM REMBISZ, JONATHAN WEBSTER, KARL MORDASIEWICZ A/K/A KARL MORTASIEWICZ, DARRIUS CONAWAY A/K/A DARIUS CONWAY, DONALD ANDERSON, FRANSHESCA BJORKLUND, MARCIN RATAJCZAK, KYLE JONES and RYAN COLEMAN

By: *<u>/s/ John F. Diakun</u>*
John F. Diakun, Esq. (ct30453)
City of New Britain
Office of Corporation Counsel
27 West Main Street, Rm 408
New Britain, CT 06051
john.diakun@newbritainct.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the above was or will immediately be delivered on **February 23, 2021** to all counsel and self-represented parties of record via e-mail as follows:

Robert M. Berke
Law Office of Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06605
robertberke@optonline.net

Elliot B. Spector
Hassett & George, P.C.
945 Hopmeadow St.
Simsbury, CT 06070
ebspector87@gmail.com

David C. Yale
Hassett & George, PC
915 Hopmeadow St.
Simsbury, CT 06070
dyale@hgesq.com

*/s/ John F. Diakun*
John F. Diakun (ct30453)